IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *Plaintiff,*<br>v.<br>EZ SIGNS, LLC, d/b/a EZ SIGNS & SERVICE & CRANE, *Defendants.* | No. 1:25-cv-02311-MSN-IDD |

**ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Davis ("Recommendation") on July 31, 2026 (ECF 11). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was August 14, 2026. To date, no objections have been filed.

Thus, after reviewing the record and Judge Davis's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (ECF 11). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 7) is **GRANTED**. It is further

**ORDERED** that judgment is hereby entered in favor of Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund and against Defendant EZ Signs pursuant to Count I of the Complaint (ECF 1) alleging a violation of the Employee Retirement Income Security Act (29 U.S.C. §§ 1132(a)(3), 1145). It is further

**ORDERED** that Plaintiff is awarded damages in the total amount of $39,544.96, plus any additional interest accruing until the date of this judgment. It is further

**ORDERED** that Plaintiff is awarded attorneys' fees and costs in the amount of $4,791.24.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

August 19, 2026
Alexandria, Virginia